**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lindsey Michelle Peregoy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2231<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Western District of Virginia | |
| Case number: | 23–60405 | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lindsey Michelle Peregoy

7/19/23

**By the court:** Rebecca B. Connelly
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 23-60405-rbc

Lindsey Michelle Peregoy  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6  User: admin  Page 1 of 2
Date Rcvd: Jul 19, 2023  Form ID: 318  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lindsey Michelle Peregoy, 18268 Constitution Hwy, Orange, VA 22960-4405 |
| 5148148 | + | Charlottesville City GDC, P.O. Box 2677, Charlottesville, VA 22902-2677 |
| 5148151 | + | Hale Family Dentistry, 111 Spicers Mill Road, Orange, VA 22960-1099 |
| 5148157 | + | Scott Kroner, 418 East Water Street, Charlottesville, VA 22902-5242 |
| 5148161 | + | UVA Community CU, Attn: Bankruptcy, 3300 Berkmar Dr, Charlottesville, VA 22901-1491 |
| 5148160 | + | University Of Va Commu, 3300 Berkmar Drive, Charlottesville, VA 22901-1491 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5148145 | + | Email/Text: backoffice@affirm.com | Jul 19 2023 21:34:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5148146 | + | EDI: CAPITALONE.COM | Jul 20 2023 01:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5148147 | + | EDI: CAPITALONE.COM | Jul 20 2023 01:36:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5148149 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 19 2023 21:43:47 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5148150 | + | EDI: DISCOVER.COM | Jul 20 2023 01:36:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5148152 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 19 2023 21:34:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5148153 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 19 2023 21:43:42 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 5148154 | + | Email/Text: dherndon@orangecountyva.gov | Jul 19 2023 21:34:00 | Orange County Treasurer, 112 W. Main Street, Orange, VA 22960-1563 |
| 5148155 | | Email/Text: DBrewer@partners1stcu.org | Jul 19 2023 21:34:00 | Partners 1st Fcu, 1330 Directors Row, Fort Wayne, IN 46808 |
| 5148156 | | Email/Text: bkrgeneric@penfed.org | Jul 19 2023 21:34:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 5148158 | + | EDI: RMSC.COM | Jul 20 2023 01:36:00 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5148159 | + | EDI: WTRRNBANK.COM | Jul 20 2023 01:36:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 12

# BYPASSED RECIPIENTS

Case 23-60405   Doc 11   Filed 07/21/23   Entered 07/22/23 00:35:05   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0423-6 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2023 | Form ID: 318 | Total Noticed: 18 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hannah W. Hutman(436156) | hhutman@hooverpenrod.com  VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| John Paul Goetz | on behalf of Debtor Lindsey Michelle Peregoy docs@johngoetzlaw.com john@johngoetzlaw.com, goetzjr45880@notify.bestcase.com,goetzjr75844@notify.bestcase.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 3